16 A.3d 500

Theodore PRZYBYSZEWSKI (pronounced: pres.ba.chef.ski), Petitioner

v.

Hon. Presidential Judge DEMBE; Hon. Supervising Judge Woods–Skipper; Hon. Administrative Judge Webster Keogh; Post Trial Unit Supervisor Natasha Lowe; the Clerk of Lower Court in Criminal Justice Center, 1301 Filbert Street, PHL., PA 19107, Respondents.

No. 166 EM 2010.

Supreme Court of Pennsylvania.

March 30, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of March, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the jurists' names from the caption.